# WALE MOSAKU, P.C.
LAW OFFICES
25 BOND STREET, 3RD FLOOR
BROOKLYN, NEW YORK 11201

_____

Phone: (718) 243-0994
Email: wmosaku@juno.com and
wmosaku87@gmail.com

April 6, 2026

VIA ECF

The Honorable Orelia E. Merchant
United States District Judge
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

Re:     Ronald Jackson v. Costco Wholesale Corporation d/b/a Costco Wholesale
        24-cv-4740 (OEM)(CHK)

Dear Judge Merchant:

I trust that this meets Your Honor well.

I write on behalf of all parties to inform the Court that the parties agreed today to resolve the action on terms that will remain confidential.

To that end, we respectfully request that Your Honor permit the parties to file a Stipulation of Dismissal/Discontinuance no later than thirty (30) days from this date.

The parties thank the Court for its attention to, and consideration of this matter.

Respectfully submitted,

/s/ Wale Mosaku

Wale Mosaku

cc: John P. Connors, Jr., Esq.